**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ALLEN JONES, RICHARD A. WAY,
CHANDLER SHAW, and JOHN ADAMS**                **PLAINTIFFS**

**VS.**               **CASE NO: 3:18-CV-084-NBB-JMV**

**THE GREEN DOOR COMPANY, LLC.,
WILLIAM ALAN HOPKINS, AND
MELISSA HOPKINS, Individually**                **DEFENDANTS**

## ANSWER AND DEFENSES

COME NOW THE GREEN DOOR COMPANY, LLC, WILLIAM ALAN HOPKINS, individually, and MELISSA HOPKINS, individually, defendants herein, by and through counsel, and submit their Answer and Defenses to the Complaint filed herein against them, as follows:

### FIRST DEFENSE

The Plaintiffs' Complaint fails to state a claim upon which relief can be granted and must be dismissed.

### SECOND DEFENSE

The Defendants acted in good faith and in reliance upon the United States Department of Labor regulations and opinions in making wage payments to the plaintiffs and all other similarly situated employees.

### THIRD DEFENSE

The Defendants reserve the right to assert all affirmative defenses made known to it through discovery.

### FOURTH DEFENSE

The Plaintiffs were never employees of the Defendants and therefore are not entitled to

overtime compensation. To the extent they are determined to be employees, the Defendants plead all available exemptions under the FLSA.

### FIFTH DEFENSE

The Plaintiffs' claims are barred, in whole or in part, by the applicable statute(s) of limitations.

### SIXTH DEFENSE

The Plaintiffs were paid all earnings to which they were entitled, and their Complaint must be dismissed.

### SEVETH DEFENSE

The defendants assert all available and applicable defenses under F.R.C.P. 8(c), including, but not limited to, accord and satisfaction, contributory negligence/comparative fault, estoppel, failure of consideration, payment, release and waiver.

### EIGHTH DEFENSE

The defendants rely upon the doctrines of unclean hands and equity.

### NINTH DEFENSE

The individual defendants, William Hopkins and Melissa Hopkins, do not meet the definition of an employer under the FLSA and should be dismissed.

### TENTH DEFENSE

The plaintiffs are incapable of meeting the collective action requirements of 216 (b)

### ANSWER

WITHOUT WAIVING THEIR RIGHT to be heard on the above and foregoing Defenses, the Defendants respond, paragraph by paragraph, to the Complaint, as follows:

1. The Defendants admit only that this Court has original jurisdiction over this

Complaint. The Defendants deny all liability.

2. The Defendants admit only that venue is proper in the Northern District of Mississippi, Oxford Division. All other allegations are denied, and Defendants deny all liability.

3. The Defendants admit only that the Green Door Company, LLC maintains its principal place of business is in Oxford, MS. All other allegations are denied, and the Defendants deny all liability.

4. The allegations in paragraph 4 are denied.

5. The allegations in paragraph 5 are denied.

6. The allegations in paragraphs 6-9 are denied.

7. The allegations in paragraphs 10-41 are denied.

8. The allegations in paragraphs 42-52 are denied.

9. The allegations in the PRAYER FOR RELIEF are denied, and the Defendants would further state that the Plaintiffs are entitled to no relief whatsoever.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants respectfully request that this Court dismiss the plaintiffs' claims, award the defendants all costs and attorney's fees incurred in the defense of this proceeding and award the defendants all other relief to which they are entitled.

THIS, the 26th day of July, 2018.

Respectfully submitted,
CLAYTON O'DONNELL, PLLC
P.O. Drawer 676
Oxford, MS  38655
Telephone:  (662) 234-0900

*s/ S. Ray Hill, III*
**S. RAY HILL, III, MSB# 100088**
rhill@claytonodonnell.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

                                      *s/ S. Ray Hill, III*
                                      **S. RAY HILL, III, MSB# 100088**