IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ALLEN JONES, ET AL.**                                                                                                              **PLAINTIFFS**

**VS.**                                                                     **CIVIL ACTION NO. 3:18-CV-84-NBB-JMV**

**THE GREENDOOR COMPANY, LLC,**
**WILLIAM ALAN HOPKINS, AND**
**MELISSA HOPKINS, Individually**                                                    **DEFENDANTS**

## **ORDER STAYING ALL PROCEEDINGS**

Defendant, William Alan Hopkins, having filed a Suggestion of Bankruptcy [22] on February 1, 2019,

**IT IS, THEREFORE, ORDERED** that all proceedings herein are STAYED until further order of the Court pursuant to the automatic stay provided for under 11 U.S.C. § 362. The parties shall notify this Court within seven (7) days of any resolution of the bankruptcy proceeding.

This 11th day of February, 2019.

                                                                          **/s/ Jane M. Virden**
                                                                          **UNITED STATES MAGISTRATE JUDGE**