IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ALLEN JONES, RICHARD A. WAY, and
CHANDLER SHAW**                  **PLAINTIFFS**

**VS.**                **CASE NO: 3:18-CV-084-NBB-JMV**

**THE GREEN DOOR COMPANY, LLC.,**
                                                               **DEFENDANT**

**<u>JUDGMENT</u>**

This action having come before the court on Plaintiff's Complaint for unpaid wages under the Fair Labor Standard Act (ECF No. 1), filed April 10, 2018 and the court having found that Defendant, has made an Offer of Judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure* which was accepted by the Plaintiffs, (ECF No. 54);

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiffs, Allen Jones, Richard A, Way and Chandler Shaw recover from the Defendant, The Green Door Company, LLC., the amount of thirty thousand dollars ($30,000.00) for all relief sought, including actual damages, liquidated damages and attorney fees.

THIS, the 19th day of November, 2019

                                                 /s/ Neal Biggers
                                                 **NEAL B. BIGGERS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**

**AGREED AND STIPULATED:**

By: /s/W. Kerby Bowling
W. Kerby Bowling, (TN #9363)
kbowling@evanspetree.com

/s/Julie Wells
Julie Wells (BPR #102509)
*Attorneys for Plaintiffs*

s/ S. Ray Hill, III
S. Ray Hill, III (MSB# 100088)
rhill@claytonodonnell.com
*Attorney for Defendants*